CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 31 2008

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALLEN THOMAS JONES, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08-cv-00425 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DOUG BAKER, <u>et al.</u>, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. §1997e(a); his motion for an extension of time [Docket #4] is hereby **DENIED**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 31st day of July, 2008.

                                                                                           United States District Judge